# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KAUFMANN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SOUTH JERSEY INDUSTRIES, INC., SARAH M. BARPOULIS, VICTOR A. FORTKIEWICZ, SHEILA HARTNETT-DEVLIN, G. EDISON HOLLAND, JR., SUNITA HOLZER, KEVIN M. O'DOWD, CHRISTOPHER J. PALADINO, MICHAEL J. RENNA, JOSEPH M. RIGBY, and FRANK L. SIMS,<br><br>　　　　　　　Defendants. | Case No. 1:22-cv-03255-PKC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff David Kaufmann ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: May 13, 2022 | Respectfully Submitted,<br><br>*/s/ Richard A. Acocelli* |
| OF COUNSEL: | Richard A. Acocelli<br>**ACOCELLI LAW, PLLC** |
| **LONG LAW, LLC**<br>Brian D. Long<br>3828 Kennett Pike, Suite 208<br>Wilmington, DE 19807<br>Telephone: (302) 729-9100<br>Email: BDLong@longlawde.com | 33 Flying Point Road, Suite 131<br>Southampton, NY 11968<br>Tel: (631) 204-6187<br>Email: racocelli@acocellilaw.com<br><br>*Attorneys for Plaintiff* |